UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 24-cv-809

YARDI SYSTEMS, INC.,

    Plaintiff,

v.

BREEZE CONNECTED, LLC,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR SPECIAL ADMISSION

Sharoni S. Finkelstein, Esq., moves for special admission to represent Plaintiff Yardi Systems, Inc. in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of the California Bar and the District of Columbia Bar, and of the United States District Court for the Central and Northern Districts of California.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in the last thirty-six months in any cases in state or federal court in Florida.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of

the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: April 3, 2024                                Respectfully Submitted,

                                        By:   *s/ W. Barry Blum*
                                              W. Barry Blum (FBN 379301)
                                              bblum@venable.com
                                              VENABLE LLP
                                              100 SE 2nd Street, 44th Floor
                                              Miami, FL 33131
                                              (305) 349-2300

                                              Sharoni S. Finkelstein
                                              (PHV admission pending)
                                              ssfinkelstein@venable.com
                                              VENABLE LLP
                                              2049 Century Park East, Suite 2300
                                              Los Angeles, CA 90067
                                              Phone: (310) 229-9900
                                              Fax: (310) 229-9901

                                              *Counsel for Plaintiff Yardi Systems, Inc.*